Adam E. Deitz, OSB # 206330
MARINER LAW, PLLC
406 S 1st Street #300
Mount Vernon, WA 98273
Telephone: (360) 399-2788
Fax: (360) 395-3332
Email: adam@marinerlaw.com

Matthew D. Shaffer, Texas Bar No. 18085600, *pro hac vice pending*
SCHECHTER SHAFFER & HARRIS, LLP
3200 Travis St., FL 3
Houston, TX 77006
Telephone: (713) 524-3500
Fax: (866) 696-5610
Email: Mshaffer@smslegal.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| NICHOLAS P. MAURER,<br><br>Plaintiff,<br><br>v.<br><br>PATRIOT FISHERIES, INC.,<br><br>Defendant. | Case No.:<br><br>**SEAMAN'S COMPLAINT IN PERSONAM FOR PERSONAL INJURIES**<br><br>**(JONES ACT NEGLIGENCE, UNSEAWORTHINESS, MAINTENANCE & CURE, AND UNEARNED WAGES)**<br><br>**DEMAND FOR JURY TRIAL** |

*Plaintiff Files this Action Without Prepayment of Costs, Fees, or Security*
*(28 U.S.C. §1916)*

Plaintiff, NICHOLAS P. MAURER, alleges as follows:

**I.**

**INTRODUCTORY ALLEGATIONS**

1. Plaintiff brings and maintains this action under the General Maritime Law, the United States Constitution, Article III, Section 2, the Jones Act, 46 U.S.C. §30104, and 28 U.S.C. §1333. This Court has jurisdiction pursuant to 46 U.S.C. § 30104, 28 U.S.C. § 1331, 28 U.S.C. § 1332, and 28 U.S.C. § 1333.

2. Plaintiff is a merchant seaman who is entitled to file this action without pre-payment of costs and without security under 28 U.S.C. §1916. Plaintiff resides in and is a citizen of the State of California.

3. Defendant PATRIOT FISHERIES, INC., is a commercial fishing company that owns and operates fishing vessels. Plaintiff is informed and believes and thereon alleges that Defendant PATRIOT FISHERINES, INC., is a domestic business corporation incorporated under the laws of the State of Oregon with its principal place of business in Lincoln County within the Eugene Division of the District of Oregon.

4. Plaintiff is informed and believes and thereon alleges that Defendant PATRIOT FISHERIES, INC., is the registered owner of the PATRIOT, a U.S. flagged commercial fishing vessel, Official No. 1246411 (hereinafter "the Vessel").

5. Venue is proper in this judicial district under 28 U.S.C. §1391(b)(1) because Defendant PATRIOT FISHERIES, INC., resides within the District of Oregon.



**Mariner Law, PLLC**
406 South 1st Street, Suite 300
Mount Vernon, Washington 98273
(360) 399-2788 - Fax (360) 395-3332

6. At all relevant times, Plaintiff is informed and believes and thereon alleges that Defendant PATRIOT FISHERIES, INC., was his employer under the Jones Act, 46 U.S.C. §30104, and the General Maritime Law.

7. At all relevant times, Plaintiff is informed and believes and thereon alleges that Defendant PATRIOT FISHERIES, INC., was the registered owner of the Vessel.

8. Plaintiff was hired by the Defendant PATRIOT FISHERIES, INC., to serve as a deckhand on the Vessel, and Plaintiff joined the Vessel on or about October 23, 2023.

9. At all times herein mentioned, Plaintiff was employed by Defendant PATRIOT FISHERIES, INC., as a member of the crew of the Vessel.

10. On December 29, 2023, as the Vessel was near Depoe Bay, Oregon, Plaintiff sustained serious and permanent personal injuries when he was setting out crab pots that were stacked nine high. Plaintiff was standing on a stack of crab pots and reaching for another pot when his left foot became stuck and he lost his footing. Plaintiff’s right knee twisted, and he fell backwards, with part of a trap coming down onto his chest. At all times, Plaintiff was working under the direction and supervision of the Vessel's officers.

11. As a result of his accident, Plaintiff suffered severe and debilitating injuries to his chest, right leg, right knee, and back, and other parts and systems of his body. Plaintiff’s injuries include a right tibial fracture with posterior comminution, which required surgical intervention. Plaintiff's injuries and resulting medical restrictions have rendered him unfit for duty and the accident and injuries have, in all likelihood, ended Plaintiff's career as a seaman.



**Mariner Law, PLLC**
406 South 1st Street, Suite 300
Mount Vernon, Washington 98273
(360) 399-2788 - Fax (360) 395-3332

12. To the extent that Plaintiff had any pre-existing injuries or medical conditions at the time of the occurrence in question, the same was not disabling, and he would show that such pre-existing condition, if any, was aggravated by the incident forming the basis of this suit to such an extent that it became disabling, bringing about the need for medical treatment.

## II.

## FIRST CLAIM FOR RELIEF
**(Breach of the Warranty of Seaworthiness)**

13. Plaintiff refers to and incorporates as though fully set forth herein each and every allegation in paragraphs 1 through 12.

14. Defendant warranted to Plaintiff that it would furnish him with a safe and seaworthy vessel, a safe and seaworthy place to work aboard the vessel with fit, proper, adequate, and sufficient equipment, aid and assistance in connection with his assigned tasks and with fit, proper, adequate, and sufficient supervision in connection with his assigned tasks.

15. Defendant breached this warranty of seaworthiness by failing to furnish Plaintiff with a safe and seaworthy vessel, or a safe and seaworthy place to work aboard the vessel, and/or in exposing Plaintiff to unnecessary risks of harm and injury, in failing to furnish Plaintiff with fit, proper, adequate, and sufficient equipment, aid and assistance in connection with his assigned tasks, and in failing to furnish Plaintiff with fit, proper, adequate, and sufficient supervision in connection with his assigned tasks.



**Mariner Law, PLLC**
406 South 1st Street, Suite 300
Mount Vernon, Washington 98273
(360) 399-2788 - Fax (360) 395-3332

16. As a result of each of these breaches, Plaintiff has sustained and continues to sustain economic losses, including, without limitation, loss of earnings and employment benefits and medical and medically related expenses in amounts to be proven at trial.

17. As a further result of each of these breaches, Plaintiff has sustained and continues to sustain pain and suffering, in a sum in excess of $500,000, exclusive of interest and costs. Plaintiff is entitled to and claims prejudgment interest on his losses under General Maritime Law.

**III.**

**SECOND CLAIM FOR RELIEF**
**(Negligence Under the Jones Act)**

18. Plaintiff refers to and by reference incorporates each and every allegation contained in paragraphs 1 through 17.

19. Defendant PATRIOT FISHERIES, INC., owed Plaintiff a duty of reasonable care to furnish him with a safe and seaworthy vessel, or safe and seaworthy place to work aboard the vessel; with fit, proper, adequate, and sufficient equipment, aid and assistance in connection with his assigned tasks; and with fit, proper, adequate, and sufficient supervision in connection with his assigned tasks.

20. Defendant PATRIOT FISHERIES, INC., breached its duty of care owed to Plaintiff by failing to furnish Plaintiff with a safe and seaworthy vessel, or a safe and seaworthy place to work aboard the vessel, and/or in exposing Plaintiff to unnecessary risks of harm and injury; in failing to furnish Plaintiff with fit, proper, adequate, and sufficient equipment, aid and assistance in connection with his assigned tasks; and in failing to



**Mariner Law, PLLC**
406 South 1st Street, Suite 300
Mount Vernon, Washington 98273
(360) 399-2788 - Fax (360) 395-3332

furnish Plaintiff with fit, proper, adequate, and sufficient supervision in connection with his assigned tasks.

21. As a result of each of these breaches of duty, Plaintiff has sustained and continues to sustain economic losses, including, without limitation, loss of earnings and employment benefits and medical and medically related expenses in amounts to be proven at trial.

22. As a result of each of these breaches of duty, Plaintiff has sustained and continues to sustain losses for pain and suffering, exclusive of interest and costs, in a sum in excess of $500,000. Plaintiff is entitled to and claims prejudgment interest on his damages under the General Maritime Law.

## IV.

## THIRD CLAIM FOR RELIEF
**(Maintenance & Cure, and Unearned Wages)**

23. Plaintiff refers to and by that reference incorporates each and every allegation contained in paragraphs 1 through 22.

24. Plaintiff was injured in service to the Vessel. Defendant PATRIOT FISHERIES, INC., is obligated to provide maintenance & cure and unearned wages to Plaintiff with regard to his injuries sustained on December 29, 2023.

25. Defendant PATRIOT FISHERIES, INC., has paid and continues to pay Plaintiff's maintenance & cure. However, Plaintiff seeks recovery of all unpaid maintenance & cure and unearned wages, if any, that exist at the time of trial.



**Mariner Law, PLLC**
406 South 1st Street, Suite 300
Mount Vernon, Washington 98273
(360) 399-2788 - Fax (360) 395-3332

## V.

## PRAYER

WHEREFORE, Plaintiff prays that this Court enter judgment against Defendant PATRIOT FISHERIES, INC., as follows:

1. For non-economic damages in excess of $500,000;
2. For economic damages as may be shown at trial;
3. For all unpaid maintenance & cure, and unearned wages;
4. For prejudgment interest under admiralty law;
5. For plaintiff's costs of suit; and
6. For such other and further relief as is proper and just.

DATED this 11th day of September, 2026.

Adam E. Deitz, OSB # 206330
MARINER LAW, PLLC
406 S 1st Street #300
Mount Vernon, WA 98273
Telephone: (360) 399-2788
Email: adam@marinerlaw.com

Matthew Shaffer, TX Bar # 18085600, *pro hac vice pending*
SCHECHTER SHAFFER & HARRIS, LLP
3200 Travis St., FL 3
Houston, TX 77006
Telephone: (713) 524-3500
Email: Mshaffer@smslegal.com

*Attorneys for Plaintiff*

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of the above-captioned case.

DATED this 11th day of September, 2026.

Adam E. Deitz, OSB # 206330
MARINER LAW, PLLC

Matthew D. Shaffer, TX Bar # 18085600
SCHECHTER SHAFFER & HARRIS, LLP

*Attorneys for Plaintiff*



**Mariner Law, PLLC**
406 South 1st Street, Suite 300
Mount Vernon, Washington 98273
(360) 399-2788 - Fax (360) 395-3332